# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| STATE OF WASHINGTON, | ) | No. 71939-4-I |
| Respondent, | ) | |
| | ) | DIVISION ONE |
| v. | ) | |
| | ) | |
| DAVID HENRY THOMAS, | ) | UNPUBLISHED OPINION |
| | ) | |
| Appellant. | ) | FILED:  DEC 2 9 2014 |

PER CURIAM — David Thomas appeals the sentence imposed following his conviction for driving while intoxicated. Thomas contends, and the State concedes, that the State failed to provide sufficient proof of Thomas' criminal history and that the matter must be remanded for resentencing and an opportunity for the State to present evidence proving that history. We accept the State's concession and remand for further proceedings.

Remanded for further proceedings.

For the court: